e-2-3-30-06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    §
                                          §   CASE NO. 80-00259 SEK
EL SAN JUAN HOTEL CORPORATION             §   Chapter 7 Asset
DEBTOR.                                   §
                                          §

RECEIVED AND FILED
MAIL
06 MAR 29 PM 2:46

US BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for American Express Travel Related Services Company, Inc., claimant, hereby petitions the Court for $3300.22, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to American Express, creditor. A dividend check in the amount totaling $3,300.22 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason: American Express Travel Related Services Company is a principal operating subsidiary of American Express Company, as evidenced by exhibit A, and is collecting the unclaimed funds on behalf of American Express Company.

The creditor's current mailing address, phone and social security/tax identification number are:
American Express Travel Related Services Company, Inc.
Anne Schepp  Director - Licensing & Unclaimed Property
World Financial Center  200 Vesey Street
New York, NY  10285
212-640-2000
Last Four Digits of SSN/TIN: 3497

Claimant now seeks to recover the funds from the Court's Registry. American Express Travel Related Services Company, Inc. appointed Dilks & Knopik, LLC at its Attorney-in-Fact to seek recovery of said unclaimed monies on its behalf. **(Dilks & Knopik, LLC is not an law firm but has been granted Limited Power of Attorney from American Express Travel Related Services Company, Inc. to collect the unclaimed funds, as evidenced by the attached Limited Power of Attorney).** Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $3,300.22 made payable to American Express Travel Related Services Company, Inc. c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: 3/22/2006            Respectfully Submitted: _____
                                                    Brian J. Dilks, Managing Member
                                                    Dilks & Knopik, LLC, Attorney in Fact for
                                                    American Express Travel Related Services
                                                    Company, Inc.
                                                    PO Box 2728
                                                    Issaquah, WA 98027-0125
                                                    (425) 836-5728

On 3/22/06 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Knopik, Notary Public
[seal]  for the State of Washington, County of King - My Commission Expires: July 29, 2006

JULY 29 2006
STATE OF WASHINGTON
NOTARY PUBLIC

520
3/30/06